IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH TAYE, | § | |
| | § | No. 140, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: |
| | § | |
| v. | § | Superior Court of the |
| | § | State of Delaware, in and for |
| STATE OF DELAWARE, | § | New Castle County |
| | § | |
| Plaintiff Below, | § | Cr. I.D. No. 0812020623 |
| Appellee. | § | |

Submitted: September 17, 2014
Decided: September 18, 2014

Before **HOLLAND**, **RIDGELY** and **VALIHURA**, Justices.

## **O R D E R**

This 18th day of September 2014, the Court, having considered this matter on the briefs of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its decision of February 26, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice